ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARTIN ROJAS-CUAMBA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00419 LJO SKO |
| Plaintiff, | **ORDER** |
| v. | |
| MARTIN ROJAS-CUAMBA, | |
| Defendant. | |

The court having considered the request to modify the conditions of pretrial release in the instant action, and GOOD CAUSE APPEARING, the court orders that the conditions of defendant Martin Rojas-Cuamba's pretrial release in this matter be modified to permit Mr. Rojas-Cuamba to travel to Morelia, Michoacan, Mexico on August 23, 2013 on condition that he return to the United States no later than September 1, 2013.

Before traveling, the defendant is ordered to provide all of his travel information to his pretrial services officer, including information regarding where he will be staying while in Morelia, Michoacan, Mexico. Upon return to the United States, Mr. Rojas-Cuamba is ordered to check in with his pretrial services officer to advise her that he has returned in a timely manner.

IT IS SO ORDERED.

**Dated: August 22, 2013**        /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

1